EXHIBIT 1

Sheriff Noel Stephen (+18636340650)
Local user Local User
CONVERSATION DETAILS
Number of messages 1312
First message sent date/ me 8/4/2017 2:00:38 PM
Last message sent date/ me 5/5/2020 12:06:34 AM
Case time zone (UTC) Coordinated Universal Time

## First interaction between Bishop and Sheriff [Page 19956/37944]

| 15081 | Instant Messages | Outgoing | | | 8/4/2017 2:00:38 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Can you talk? |
|---|---|---|---|---|---|---|---|
| 15082 | Instant Messages | Incoming | | | 8/4/2017 2:01:00 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Yes ma'am. 3575302 |

| 15087 | Instant Messages | Outgoing | | | 8/4/2017 2:37:59 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | I hope your calls aren't recorded. If so, you've got big ammo now.... lol |



**Paragraph 26**– [Page 20794/37944]



| 24639 | Instant Messages | Incoming | | | 1/16/2018 5:37:33 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | I like having someone to spoil!!!! |
| 24640 | Instant Messages | Outgoing | | | 1/16/2018 5:38:08 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | And you do a great job at it!! |
| 24641 | Instant Messages | Outgoing | | | 1/16/2018 5:38:15 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | You da bomb!! |

## Paragraph 27 [Page 20794/37944]

| 24630 | Instant Messages | Outgoing | | | 1/16/2018 5:33:39 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Welcome Spanky!! |
| 24631 | Instant Messages | Incoming | | | 1/16/2018 5:33:59 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Dream girl!!! |
| 24632 | Instant Messages | Outgoing | | | 1/16/2018 5:34:50 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Dream Boy!! |

## Paragraph 28 Use of Jail Inmates [Page 22200/37944]

| 43244 | Calendar | | | | 7/13/2018 3:00:00 PM(UTC+0) [Start Date] | | Submit Wildlife Recert Application |

## Paragraph 29- Use of Jail Inmates [Page22212/37944]

| 43062 | Instant Messages | Outgoing | | | 7/12/2018 6:23:27 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | I'm in a pickle! I'm up for wildlife recertification and my back garden is in rough shape! Do you have a few trustees that can help me plant at around 5:00? Just An hour will do. |

8

## Paragraph 28 Use of Jail Inmates again at Landfill (Page 25604/37944)

| 43067 Instant | Messages | Incoming | | | 7/12/2018 6:55:31 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | At the landfill? |
|---|---|---|---|---|---|---|---|
| 43068 | Instant Messages | Outgoing | | | 7/12/2018 6:58:47 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Yes please |

## Paragraph 29 [Page 22201/37944]

| 43076 | Instant Messages | Outgoing | | | 7/12/2018 7:05:56 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | I wuv you!! |
|---|---|---|---|---|---|---|---|
| 43077 | Instant Messages | Outgoing | | | 7/12/2018 7:06:04 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | You prob saved my butt! |

## Paragraph 29- [Page 22202/37944]

| 43078 | Instant Messages | Incoming | | | 7/12/2018 7:06:20 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | I bet you say that to all your men!!! |
|---|---|---|---|---|---|---|---|
| 43079 | Instant Messages | Outgoing | | | 7/12/2018 7:06:48 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Nope. I'm not so nice to them. They just "serve" me... |
| 43080 | Instant Messages | Incoming | | | 7/12/2018 7:06:59 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Lucky devils |

| 43081 | Instant Messages | Outgoing | | | 7/12/2018 7:07:41 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | #theniwokeup...#dreamsaregreat |

**Paragraph 29**- Use of Jail Inmates in butterfly garden in town which is subsidized by Waste Management. ██████████████████

| 88634 | Instant Messages | Outgoing | | | 6/4/2019 7:52:53 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | By the way, I go back to work Monday. I texted Gary to schedule the warriors for a day to revamp the butterfly garden. He said call you. Can I book them for a few weeks out? |
| 88635 | Instant Messages | Incoming | | | 6/4/2019 7:54:10 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | I'm down to just a few on weekends and my weekday ones with Gary are strapped weeks in advance. So it will help with three to four weeks of planning and doing it on a Saturday |
| 88636 | Instant Messages | Outgoing | | | 6/4/2019 7:55:13 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Deal. Give me a day. 😀 |

| 91099 | Instant Messages | Outgoing | | | 6/18/2019 12:39:59 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Morning to you!  Can you give me a date for the garden planting at the landfill?  I return Monday....God willing... |
| 91100 | Instant Messages | Incoming | | | 6/18/2019 12:48:23 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Good morning!!!  Holler at Gary and compare calendars. |

**Paragraph 30**- [Page 25419/37944]

| 43235 | Instant Messages | Incoming | | | 7/13/2018 1:30:29 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Special lady gets special treatment |

**Paragraph 31-**[████████████████████████████████████████████████]

| 73001 | Instant Messages | Outgoing | | | 2/25/2019 5:00:32 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | You are a true treasure! I just got your card . Thank you |
|---|---|---|---|---|---|---|---|
| 73004 | Instant Messages | Incoming | | | 2/25/2019 5:16:25 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Love you, miss you and think about you often!!!! |
| 73010 | Instant Messages | Outgoing | | | 2/25/2019 5:19:02 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Then rent me a room and get me out of jail. lol |
| 73012 | Instant Messages | Incoming | | | 2/25/2019 5:20:09 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | I have a room at my house and a huge hug just for you!! |
| 73022 | Instant Messages | Incoming | | | 2/25/2019 5:27:50 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Our secret |
| 73023 | Instant Messages | Outgoing | | | 2/25/2019 5:32:43 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Are you gonna hide me?...lol |
| 73024 | Instant Messages | Incoming | | | 2/25/2019 5:40:23 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Absolutely along with several other fun things!!! |

11

**Paragraph 31**-A████████████████████████ [Page 25473/37944]

| 89367 | Instant Messages | Outgoing | 1 | | | 6/8/2019 2:30:00 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | IMG_7963.png (Empty File)  |
|---|---|---|---|---|---|---|---|---|
| 89368 | Instant Messages | Incoming | | | | 6/8/2019 2:31:05 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | 🥲 |

**Paragraph 31**Love you beautiful lady!!!- [Page 26625/37944]

| 105035 | Instant Messages | Incoming | | | | 9/18/2019 2:08:05 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Love you beautiful lady!!! |
|---|---|---|---|---|---|---|---|---|
| 105038 | Instant Messages | Outgoing | | | | 9/18/2019 2:10:26 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), | Love you too Dream Boy!! |

12

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | +18636340650 Sheriff Noel Stephen | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 105050 | Instant Messages | Incoming | 1 | | 9/18/2019 2:20:05 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen |  |

## Paragraph 32 (Pages 26572 /37944)

| 104190 | Instant Messages | Incoming | | | 9/16/2019 6:34:24 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | I will do anything you ask of me!!! |
|---|---|---|---|---|---|---|---|
| 104191 | Instant Messages | Outgoing | | | 9/16/2019 6:35:07 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Careful now... I just might blind fold you so you don't know what you are doing... 🤣🤣 |
| 104194 | Instant Messages | Incoming | | | 9/16/2019 6:36:44 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | 😘😘 |

## Paragraph 33 [Page 26806/37944]

| 107802 | Instant Messages | Incoming | | | 9/25/2019 2:37:15 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Love you dream girl!!! |
|---|---|---|---|---|---|---|---|
| 107803 | Instant Messages | Outgoing | | | 9/25/2019 2:37:29 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Love you dream boy! |

13

| 107807 | Instant Messages | Outgoing | | | 9/25/2019 2:39:09 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | **Unless Vanessa will do sister wives...** |
| 107811 | Instant Messages | Outgoing | | | 9/25/2019 2:41:32 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | **Sister wives trade off nights.** |
| 107812 | Instant Messages | Outgoing | | | 9/25/2019 2:41:38 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | **I think that's how it goes.** |
| 107813 | Instant Messages | Incoming | | | 9/25/2019 2:42:26 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | **Yummy!!** |
| 107814 | Instant Messages | Outgoing | | | 9/25/2019 2:43:08 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | **Bad boy, bad boy, whatya gonna do??** |
| 107815 | Instant Messages | Incoming | | | 9/25/2019 2:43:50 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | **Make her smile and gasp multiple times!!!** |
| 107816 | Instant Messages | Outgoing | | | 9/25/2019 2:44:14 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | 😊 |

**Paragraph 34** ██████████████████████ **[Page 29721/37944]**

| 149938 | Instant Messages | Outgoing | 1 | | | 4/16/2020 5:29:16 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | I kinda look like I was in a bad neighborhood lol<br><br>IMG_8446 HEIC<br>(Empty File) |
|--------|------------------|----------|---|---|---|-----------------------------|--------------------------------------------------------------------------------------------------------------------------------|-------------------------------------------------------------------------------------------|

| 149951 | Instant Messages | Incoming | | | | 4/16/2020 5:37:19 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Awwwww!!! Miss your face and hugs too!!! Let's think of a cool tattoo to compliment that!!! |
|--------|------------------|----------|---|---|---|-----------------------------|--------------------------------------------------------------------------------------------------------------------------------|---------------------------------------------------------------------------------------------|
| 149952 | Instant Messages | Outgoing | | | | 4/16/2020 5:39:32 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Then I'll have to work at the prison... 🤣🤣 |
| 149953 | Instant Messages | Incoming | | | | 4/16/2020 5:40:08 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | We will make it sexy |

| 149954 | Instant Messages | Outgoing | | | | 4/16/2020 5:45:54 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Lol |
|--------|------------------|----------|---|---|---|-----------------------------|--------------------------------------------------------------------------------------------------------------------------------|-----|

| 149955 | Instant Messages | Incoming | | | | 4/16/2020 5:48:01 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | 😘😘 |
|--------|------------------|----------|---|---|---|-----------------------------|--------------------------------------------------------------------------------------------------------------------------------|-----|

## Paragraph 35-

| 37187 | Instant Messages | Outgoing | | | 5/22/2018 1:44:10 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | So have her call Captain Coleman? |
|---|---|---|---|---|---|---|---|
| 37188 | Instant Messages | Incoming | | | 5/22/2018 1:44:48 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Does she have additional stuff stolen or information of suspect? |
| 37189 | Instant Messages | Outgoing | | | 5/22/2018 1:45:25 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | No and no  She said the officer thinks they got the suspect for other thefts |

| 37193 | Instant Messages | Outgoing | | | 5/22/2018 1:49:24 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Makes sense  Thank you and sorry to bother you with petty junk  I don't know why everyone thinks I have a "direct link" to you. and you can personally solve all problems....  Have a great day and try to stay dry. |
|---|---|---|---|---|---|---|---|

| 37202 | Instant Messages | Incoming | | | 5/22/2018 1:52:23 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Never a bother!!! See ya soon!!! |
|---|---|---|---|---|---|---|---|

## Paragraph 37 [Page 21585/37944]

| 38970 | Instant Messages | Incoming | | | 6/5/2018 7:08:37 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Anything for you!! |
|---|---|---|---|---|---|---|---|

## Paragraph 38 ███████████████

| 75058 | Instant Messages | Incoming | | | 3/13/2019 2:38:14 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Checking in on you lady??? |
|---|---|---|---|---|---|---|---|

19

| 75062 | Instant Messages | Outgoing | | | 3/13/2019 2:55:34 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Hangin in there. Doctor referred me to Mayo Clinic as he's stumped. I'm waiting on appt. |
| 75063 | Instant Messages | Incoming | | | 3/13/2019 2:56:37 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Well who needs to be tased, arrested or beat up to get it done?? |

| 75066 | Instant Messages | Outgoing | | | 3/13/2019 2:57:36 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | all of them!! I swear, nobody is listening to me and moving very quickly. |

| 75068 | Instant Messages | Incoming | | | 3/13/2019 2:59:51 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Get me a list of names |

## Paragraph 40 [Page 24862/37944]- Bishop asking Sheriff's help for friend son getting a scholarship.

| 81298 | Instant Messages | Outgoing | | | 4/20/2019 8:37:46 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | I need a yes on that ask please   I believe you know who he is  He's the little brother of Dylan Adams and doing so well!! |
| 81299 | Instant Messages | Outgoing | | | 4/20/2019 8:37:58 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | As for Dylan  rehab in WPB |

| 81314 | Instant Messages | Outgoing | | | 4/20/2019 8:43:41 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Thank you!! |

| 88594 | Instant Messages | Incoming | | | 6/4/2019 6:09:52 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: | Checking on you lady???? |
|---|---|---|---|---|---|---|---|
| 88597 | Instant Messages | Outgoing | | | 6/4/2019 7:17:43 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Rough ride I`ve been on! 5 days in Raulerson Thyroid issues  I think I`m coming around the bin    levels are mellowing out finally  Miss seeing ya! Tell Vanessa hello |
| 88611 | Instant Messages | Incoming | | | 6/4/2019 7:21:09 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | At least they`ve figured out what`s happening Glad you`re mending  Miss ya!!! Will tell her!!! |
| 88615 | Instant Messages | Outgoing | | | 6/4/2019 7:21:44 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Finally!! Took a million dollars and 10 doctors |
| 88627 | Instant Messages | Incoming | | | 6/4/2019 7:32:32 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | They realized they had a ANGEL on their hands with you!!!! |

**Paragraph 42 [Page 25473/37944]-**

| 89363 | Instant Messages | Outgoing | | | 6/8/2019 2:23:40 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Don't you have a room for the homeless? I'm up for adoption. | |
| 89364 | Instant Messages | Incoming | | | 6/8/2019 2:27:22 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Oh don't I wish | |

## Paragraph 43 [Pages 26165/37944]

| 98743 | Instant Messages | Incoming | | | 8/20/2019 1:08:09 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | **You sun bathing naked again??** | |

| 98744 | Instant Messages | Outgoing | | | 8/20/2019 1:08:28 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | 🤣🤣🤣 | |
| 98745 | Instant Messages | Incoming | | | 8/20/2019 1:08:46 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | 😎😎 | |

## Paragraph 44 [Pages 26197/37944]

| 99179 | Instant Messages | Outgoing | 1 | | 8/23/2019 4:21:03 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | This number has called twice saying that my social security number has been placed on a lock and there is an arrest warrant for me?? IMG_6497 PNG (Empty File) | |
| 99180 | Instant Messages | Incoming | | | 8/23/2019 4:23:14 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Scam!!!! But I'll arrest you!!! | |

| 99181 | Instant Messages | Outgoing | | | 8/23/2019 4:24:07 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Only if you will give me chocolate everyday | |
| 99182 | Instant Messages | Incoming | | | 8/23/2019 4:28:43 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Sounds good | |

## Paragraph 45 [ Pages 27090/37944]

| 112136 | Instant Messages | Outgoing | | | 10/17/2019 6:31:49 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Hey Sheriff, do you mind checking with Musicfest vendors for BRAT Club? | |

| 112139 | Instant Messages | Incoming | | | 10/17/2019 6:36:04 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Hello lady!!! Will do!!! | |
| 112140 | Instant Messages | Outgoing | | | 10/17/2019 6:36:26 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Thank you sir 😃😃 😘☁️ | |
| 112141 | Instant Messages | Incoming | | | 10/17/2019 6:36:43 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | anything for dream girl | |

## Paragraph 46 [Pages 27824/37944]

| 123504 | Instant Messages | Outgoing | | | 12/14/2019 4:05:58 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | I'm sorry to bother you on Saturday but have a situation<br><br>Tony is saying that he's changed the locks and prepared to have me arrested if I return to get the rest of my stuff<br><br>My name is on the deed of the house and my mail still goes there<br><br>Can he do this? What would I be arrested for? |
|---|---|---|---|---|---|---|---|
| 123505 | Instant Messages | Outgoing | | | 12/14/2019 4:06:44 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636349108 Jack Nash | He said he will have me arrested if I return to the property |
| 123506 | Instant Messages | Incoming | | | 12/14/2019 4:07:46 PM(UTC+0) | From: +18636349108 Jack Nash Participants: +18638014996 Teresa Chandler (owner), +18636349108 Jack Nash | He can't |

| 123507 | Instant Messages | Outgoing | | | 12/14/2019 4:07:53 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636349108 Jack Nash | For what? My name is on the deed |
|---|---|---|---|---|---|---|---|
| 123508 | Instant Messages | Incoming | | | 12/14/2019 4:07:57 PM(UTC+0) | From: +18636349108 Jack Nash Participants: +18638014996 Teresa Chandler (owner), +18636349108 Jack Nash | We will tell him it's a civil issue |
| 123509 | Instant Messages | Outgoing | | | 12/14/2019 4:08:09 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636349108 Jack Nash | Can I break the hate to get in? |
| 123510 | Instant Messages | Incoming | | | 12/14/2019 4:08:10 PM(UTC+0) | From: +18636349108 Jack Nash Participants: +18638014996 Teresa Chandler (owner), +18636349108 Jack Nash | I told you Not to move everything out |
| 123511 | Instant Messages | Incoming | | | 12/14/2019 4:08:18 PM(UTC+0) | From: +18636349108 Jack Nash Participants: +18638014996 Teresa Chandler (owner), +18636349108 Jack Nash | Yes |

| 123515 | Instant Messages | Outgoing | | | 12/14/2019 4:08:33 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636349108 Jack Nash | I haven't moved everything. I have clothes and a bed in the front room. |
| 123516 | Instant Messages | Incoming | | | 12/14/2019 4:08:46 PM(UTC+0) | From: +18636349108 Jack Nash Participants: +18638014996 Teresa Chandler (owner), +18636349108 Jack Nash | As long as you were staying there that's why said you need to stay there at least once or twice a week |
| 123520 | Instant Messages | Outgoing | | | 12/14/2019 4:09:20 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636349108 Jack Nash | I don't remember you saying stay the night there. Oops... |
| 123521 | Instant Messages | Incoming | | | 12/14/2019 4:09:22 PM(UTC+0) | From: +18636349108 Jack Nash Participants: +18638014996 Teresa Chandler (owner), +18636349108 Jack Nash | Teresa these are things that your lawyer should be telling you honestly you need to call her or him |
| 123522 | Instant Messages | Outgoing | | | 12/14/2019 4:09:30 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636349108 Jack Nash | Ok |

## Paragraph 46 [Pages 27828/37944]

| 123531 | Instant Messages | Incoming | | | 12/14/2019 4:14:12 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Noel Stephen | That's still marital abode and property  You have the right to be there |
| 123532 | Instant Messages | Outgoing | | | 12/14/2019 4:15:52 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | So I wouldn't be arrested? <br><br> I'm not sure why he's being like this  I've left him alone <br><br> I just haven't felt well enough to continue moving <br><br> Thank you |
| 123533 | Instant Messages | Incoming | | | 12/14/2019 4:24:40 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Still your house too!!! <br><br> Welcome!!! |
| 123534 | Instant Messages | Outgoing | | | 12/14/2019 4:25:50 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | I appreciate you!! |

| 123535 | Instant Messages | Incoming | | | 12/14/2019 4:26:24 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Love you!!! |
| 123536 | Instant Messages | Outgoing | | | 12/14/2019 4:26:49 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | love you too!! |

**Paragraph 49 Bishop boasts to her friend on how she used the Sheriff to pressure her husband estranged Tony B– [Pages 28040/37944]**

| 126339 | Instant Messages | Outgoing | | | 1/3/2020 2:22:23 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +15617180536 Antoinette Rodriguez | Did I tell you I had to have the sheriff involved bc he was threatening to have me arrested if I went there? |
| 126340 | Instant Messages | Incoming | | | 1/3/2020 2:22:33 PM(UTC+0) | From: +15617180536 Antoinette Rodriguez Participants: +18638014996 Teresa Chandler (owner), +15617180536 Antoinette Rodriguez | No |
| 126341 | Instant Messages | Incoming | | | 1/3/2020 2:22:45 PM(UTC+0) | From: +15617180536 Antoinette Rodriguez Participants: +18638014996 Teresa Chandler (owner), +15617180536 Antoinette Rodriguez | You called? |

| 126343 | Instant Messages | Outgoing | | | 1/3/2020 2:24:12 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +15617180536 Antoinette Rodriguez | I told him he couldn't do that cause my name was on the house and he said try it.<br><br>I set up a meeting with Noel And showed him the text and he called him and said he wasn't allowed to keep me off the property and I could ram the gate or break a window if I wanted.<br><br>Don't share this info!! |

**Paragraph 50– Bishop reminds her sone to be ex-husband Tony B the sheriff's intervention on her behalf [Pages 28422/37944]**

| 131606 | Instant Messages | Outgoing | | | 1/30/2020 2:01:34 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18639905194 Bishop Tony | You don't remember the sheriff calling saying I have 24/7 access to the house and property until divorce? |
|---|---|---|---|---|---|---|---|
| 131607 | Instant Messages | Outgoing | | | 1/30/2020 2:02:32 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18639905194 Bishop Tony | Do you think I'll go there just to drive around the grass then leave? No, I want the remainder of the items |
| 131608 | Instant Messages | Outgoing | | | 1/30/2020 2:03:14 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18639905194 Bishop Tony | You certainly don't need that generator  Oh wait, the $5,000 generator will be listed as marital asset  It was purchased while married |
| 131609 | Instant Messages | Outgoing | | | 1/30/2020 2:03:27 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18639905194 Bishop Tony | You can make this easy or hard. Your choice. |

## Paragraph 51- [Page 28422/37944]

| 131623 | Instant Messages | Outgoing | | | 1/30/2020 2:15:54 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Morning Sheriff!! I forgot to tell you (as a friend) that I was unable to get my items from his house on the 28th as planned bc of a death in the family  Then I ended up in the hospital again with what they thought was a stroke<br><br>With this being said, I still have items there and have not taken my name off the deed due to advice from attorney  Not that I want the house, she just says don't do anything right now  I've been deemed disabled by doctor and insurance company  I'm heading to NJ to have the neck surgery again due to thebottom screw being to long hitting the spinal cord<br><br>I'm telling you all this bc I don't want you to think I didn't keep my word to you if moving on the 28th and removing my name from deed  I planned to remove my name once I got my stuff  It just didn't work out that way<br><br>Tony is being terrible difficult so I told him we will just figure it out in court. I'm not even able to work and he hasn't offered one dime toward expenses. I chose the wrong cowboy... lol<br><br>Hope you are doing well |

**Paragraph 52**– **[Page 28422/37944]**

| 131627 | Instant Messages | Incoming | | | 1/30/2020 2:19:03 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | I will be praying for you and wishing good health soon!!! Miss you!!! Love you!!! |
| 131628 | Instant Messages | Outgoing | | | 1/30/2020 2:19:50 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Thank you! Miss and love you!! |

**Paragraph 54**– **Sheriff Noel Stephen Jokes about Bishop's Surgical scar following neck surgery [Page 29721/37944]**

| 149938 | Instant Messages | Outgoing | 1 | | 4/16/2020 5:29:16 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | I kinda look like I was in a bad neighborhood lol IMG 8446 HEIC (Empty File) |

| 149951 | Instant Messages | Incoming | | | 4/16/2020 5:37:19 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Awwwww!!! Miss your face and hugs too!!! Let's think of a cool tattoo to compliment that!!! |
| 149952 | Instant Messages | Outgoing | | | 4/16/2020 5:39:32 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Then I'll have to work at the prison… 🤣🤣 |
| 149953 | Instant Messages | Incoming | | | 4/16/2020 5:40:08 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | We will make it sexy |

| 149954 | Instant Messages | Outgoing | | | 4/16/2020 5:45:54 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Lol | |
|---|---|---|---|---|---|---|---|---|
| 149955 | Instant Messages | Incoming | | | 4/16/2020 5:48:01 PM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | 😘😘 | |

**Paragraph 85- Bishop Texting Sheriff on 05/04/2020**

| 158849 | Log Entries | | | | 5/4/2020 11:59:55 PM(UTC+0) | | iMessage: Apple authentication process has been performed for the following apple-ids: +18636340650 |
|---|---|---|---|---|---|---|---|
| 158850 | Instant Messages | Outgoing | | | 5/4/2020 11:59:55 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Sorry to bother you this late. My attorney just told me I need to make a sexual assault complaint report tomorrow. Do I do that with you or who? |
| 158851 | Instant Messages | Incoming | | | 5/5/2020 12:02:46 AM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Hello lady!!!! Either come to office and see one or call one to house. Assuming it happened here. |
| 158852 | Log Entries | | | | 5/5/2020 12:02:48 AM(UTC+0) | | iMessage: Apple authentication process has been performed for the following apple-ids: +17725772331 |
| 158853 | Instant Messages | Outgoing | | | 5/5/2020 12:03:28 AM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Anyone or detective? |

| 158854 | Instant Messages | Incoming | | | 5/5/2020 12:04:01 AM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Start with deputy then it will go to a detective |
|---|---|---|---|---|---|---|---|
| 158855 | Instant Messages | Outgoing | | | 5/5/2020 12:04:16 AM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | But they will come to my house? |
| 158856 | Instant Messages | Incoming | | | 5/5/2020 12:04:45 AM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Yes ma'am |

| 158857 | Instant Messages | Outgoing | | | 5/5/2020 12:04:52 AM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Thank you! |
|---|---|---|---|---|---|---|---|
| 158858 | Instant Messages | Incoming | | | 5/5/2020 12:06:34 AM(UTC+0) | From: +18636340650 Sheriff Noel Stephen Participants: +18638014996 Teresa Chandler (owner), +18636340650 Sheriff Noel Stephen | Welcome |
| 158859 | Log Entries | | | | 5/5/2020 12:07:15 AM(UTC+0) | | iMessage: Apple authentication process has been performed for the following apple-ids: +14076376109 alsnchandler@embarq mail.com chandleralsn18@gmail .com |

EXHIBIT 2

## Paragraph 60- Shows the Attorney -client relationship between Bishop and Wallace [Page 22051/37944]

| 41282 | Instant Messages | Outgoing | 2 | | 6/21/2018 4:00:25 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +█████8 Bill Wallace | I got this in the mail and it reminded me  I know you are super busy  Should I seek other counsel before too much time goes by? IMG  1566 HEIC (Empty File) IMG_1567 HEIC (Empty File) |
| 41283 | Instant Messages | Incoming | | | 6/21/2018 4:17:55 PM(UTC+0) | From: +█████ Bill Wallace Participants: +18638014996 Teresa Chandler (owner), +█████ Bill Wallace | Let me check with Karen,,, a letter was sent and I need to status it |

| 45008 | Instant Messages | Incoming | | | 7/30/2018 2:25:51 PM(UTC+0) | From: +█████ Bill Wallace Participants: +18638014996 Teresa Chandler (owner), +█████ Bill Wallace | Good morning,, I saw where you were issued a check in the amount of $5469 39  In the same package you provided it shows another payment of $6486 69  The checks represent on the face total damages and supplemental damages  Did either check have payment in full on the back? Also,, was the rental included? I saw the dispute over the rental charges? |
| 45009 | Instant Messages | Outgoing | | | 7/30/2018 2:51:37 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +█████ Bill Wallace | I'll look to see if I have copies of the backs It did include some rental but not all and I'm not sure why  I had to pay out of pocket almost $400 |

| 57439 | SMS Messages | Outgoing | | | 10/16/2018 12:50:01 PM(UTC+0) | From: To: +█████ Bill Wallace | Hey My Friend, checking in on the status of my case |

| 57440 | Instant Messages | Incoming | | | 10/16/2018 1:11:05 PM(UTC+0) | From: ▮ Bill Wallace Participants: +18638014996 Teresa Chandler (owner), ▮ Bill Wallace | Working two of them now., yours and Ehricka,, she got hit from behind in her new truck (1900 miles) and after repairs value lost because of wreck $ 5100 |

## Page 23160/37944

| 45766 | Instant Messages | Incoming | | | 8/4/2018 5:14:05 PM(UTC+0) | From: ▮ Bill Wallace Participants: +18638014996 Teresa Chandler (owner), ▮ Bill Wallace | Happy birthday |
| 45767 | Instant Messages | Outgoing | | | 8/4/2018 5:14:18 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), ▮ Bill Wallace | Thank you my friend! |

| 57441 | Instant Messages | Incoming | | | 10/16/2018 1:11:31 PM(UTC+0) | From: ▮ Bill Wallace Participants: +18638014996 Teresa Chandler (owner), ▮ Bill Wallace | Will keep u advised  How's the neck? |
| 57442 | Instant Messages | Outgoing | | | 10/16/2018 1:45:50 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), ▮ Bill Wallace | I'm doing better than expected |

## Paragraph 60 [Page22398/37944]

| 45782 | Instant Messages | Outgoing | | | 8/4/2018 5:18:42 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), ▮ Bill Wallace | I'm broken for sure! No more cheerleading. |
| 45783 | Instant Messages | Incoming | | | 8/4/2018 5:18:53 PM(UTC+0) | From: ▮ Bill Wallace Participants: +18638014996 Teresa Chandler (owner), ▮ Bill Wallace | Are the disc herniated |
| 45784 | Instant Messages | Incoming | | | 8/4/2018 5:19:11 PM(UTC+0) | From: ▮ Bill Wallace Participants: +18638014996 Teresa Chandler (owner), ▮ Bill Wallace | Can always wear the outfit!! |
| 45785 | Instant Messages | Outgoing | | | 8/4/2018 5:19:13 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), ▮ Bill Wallace | Degenerated. |

| 51297 | Instant Messages | Outgoing | | | 9/19/2018 4:36:52 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), ▮▮▮▮▮ Bill Wallace | Yes. I love that morphine!! |
| 51298 | Instant Messages | Incoming | | | 9/19/2018 4:37:02 PM(UTC+0) | From: +▮ Bill Wallace Participants: +18638014996 Teresa Chandler (owner), ▮▮▮▮▮ Bill Wallace | Got the moves going on!! |
| 51299 | Instant Messages | Incoming | | | 9/19/2018 4:37:25 PM(UTC+0) | From: +▮ Bill Wallace Participants: +18638014996 Teresa Chandler (owner), ▮▮▮▮▮ Bill Wallace | That made my day!! |

## Paragraph 61 - [ Page 22399/37944]

| 51301 | Instant Messages | Incoming | | | 9/19/2018 4:37:52 PM(UTC+0) | From: +▮ Bill Wallace Participants: +18638014996 Teresa Chandler (owner), +▮▮▮▮▮ Bill Wallace | I have a great idea!! |
| 51302 | Instant Messages | Outgoing | | | 9/19/2018 4:37:59 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa C▮▮▮▮er), +▮▮▮▮▮ Bill Wallace | What |
| 51303 | Instant Messages | Incoming | | | 9/19/2018 4:38:50 PM(UTC+0) | From: +▮ Bill Wallace Participants: +18638014996 Teresa Chandler (owner), ▮▮▮▮▮ Bill Wallace | This year at music fest,, get you some more of that morphine!! Also going to make certain my phone is fully charged. Get video there will be!! |
| 51304 | Instant Messages | Incoming | | | 9/19/2018 4:39:00 PM(UTC+0) | From: +▮ Bill Wallace Participants: +18638014996 Teresa C▮▮▮▮er), +▮▮▮▮▮ Bill Wallace | |
| 51305 | Instant Messages | Outgoing | | | 9/19/2018 4:39:33 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), ▮▮▮▮▮ Bill Wallace | You got it! Remind me   I love dancing!! |

| 51306 | Instant Messages | Incoming | | | 9/19/2018 4:39:59 PM(UTC+0) | From: +▮ Bill Wallace Participants: +18638014996 Teresa Chandler (owner), +▮▮▮▮▮ Bill Wallace | You will be the hit of the freakin weekend |

**Paragraph 63**

| 83080 | Instant Messages | Outgoing | | | 5/1/2019 12:39:09 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), ▮▮▮▮▮ Bill Wallace | Let me know when we can have lunch  I need a referral for a medical/ disability attorney also please  Cigna has denied my claim after neurosurgeon put me in medical leave to get testing  Ugh!! |
|---|---|---|---|---|---|---|---|
| 83081 | Instant Messages | Incoming | | | 5/1/2019 12:39:41 PM(UTC+0) | From: +▮ Bill Wallace Participants: +18638014996 Teresa Chandler (owner), +▮▮▮▮ Bill Wallace | I thought we broke up!!♂ |
| 83082 | Instant Messages | Incoming | | | 5/1/2019 12:39:47 PM(UTC+0) | From: +▮ Bill Wallace Participants: +18638014996 Teresa Chandler (owner), +▮▮▮▮ Bill Wallace | |
| 83083 | Instant Messages | Outgoing | | | 5/1/2019 12:39:51 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), ▮▮▮▮ Bill Wallace | |
| 83084 | Instant Messages | Incoming | | | 5/1/2019 12:40:19 PM(UTC+0) | From: +▮ Bill Wallace Participants: +18638014996 Teresa Chandler (owner), ▮▮▮▮ Bill Wallace | Done and went hurt my feelings |
| 83085 | Instant Messages | Outgoing | | | 5/1/2019 12:40:39 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +▮▮▮▮ Bill Wallace | What? |
| 83086 | Instant Messages | Incoming | 1 | | 5/1/2019 12:40:46 PM(UTC+0) | From: +▮ Bill Wallace Participants: +18638014996 Teresa Chandler (owner), +▮▮▮▮ Bill Wallace | ms-KpS7r2 gif (Empty File) |
| 83087 | Instant Messages | Outgoing | | | 5/1/2019 12:41:03 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +▮▮▮▮ Bill Wallace | You cray cray... lol |
| 83088 | Instant Messages | Incoming | | | 5/1/2019 12:41:04 PM(UTC+0) | From: +▮ Bill Wallace Participants: +18638014996 Teresa Chandler (owner), +▮▮▮▮ Bill Wallace | Ok. I am better |

| 83091 | Instant Messages | Outgoing | | | 5/1/2019 12:41:54 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), + ▓▓▓▓ Bill Wallace | **Don't make me stalk you** |
| 83092 | Instant Messages | Incoming | | | 5/1/2019 12:42:02 PM(UTC+0) | From: +▓▓▓▓ Bill Wallace Participants: +18638014996 Teresa Chandler (owner), +▓▓▓▓ Bill Wallace | **Please!!!** |

## Paragraph 63– [Page 25240/37944]

| 86412 | Instant Messages | Outgoing | | | 5/23/2019 5:21:40 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), + ▓▓▓▓ Bill Wallace | Question: if I prepare an appeal for my STD denial from Cigna, can it be sent from your law office to represent? I was diagnosed with Fibromyalgia and they've denied my claim  No paycheck in 12 weeks and they sent a bill of $767 92 for premiums   ugh!! I'll pay your fees of course  Just need some help |
| 86413 | Instant Messages | Incoming | | | 5/23/2019 5:29:15 PM(UTC+0) | From: +▓▓▓▓ Bill Wallace Participants: +18638014996 Teresa Chandler (owner), +▓▓▓▓ Bill Wallace | Hey there,, I am not allowed to do that  Did they give you a detailed denial or what? |
| 86414 | Instant Messages | Incoming | | | 5/23/2019 5:29:43 PM(UTC+0) | From: +▓▓▓▓ Bill Wallace Participants: +18638014996 Teresa Chandler (owner), +▓▓▓▓ Bill Wallace | I have represented many with fibromyalgia,, bad stuff |
| 86415 | Instant Messages | Outgoing | | | 5/23/2019 5:36:36 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), +▓▓▓▓ Bill Wallace | Yes they did  I didn't mean to do anything wrong  I'm all about the up and up!! I just need an attorney to represent so I can get rollin and hopefully get approval |

## Paragraph 64 Suing other physicians including Dr Khan [Page 27293/37944]

| 6269 | Instant Messages | Incoming | | | 10/22/2019 5:38:05 PM(UTC+0) | F ▓▓▓▓ + ▓▓▓▓ Antoinette Rodriguez Participants: +18638014996 Teresa C▓▓▓▓er), + ▓▓▓▓ R Rodriguez | Get the name of that attorney that already sued Afshar we need to look into that right away |

| | | | | | | |
|---|---|---|---|---|---|---|
| 80479 | Instant Messages | Outgoing | | | **4/16/2019** 4:04:12 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa C⬛⬛⬛⬛er), +⬛⬛⬛⬛⬛ B Adams | I'm thinking of contacting an attorney for Afshar (screw), lawnwood bs and now **Khan**. This has to be noted and addressed. Thoughts? |

## Paragraph 65

| | | | | | | |
|---|---|---|---|---|---|---|
| 83249 | Instant Messages | Incoming | | | 5/2/2019 12:30:00 PM(UTC+0) | F⬛⬛⬛⬛ +⬛⬛⬛⬛⬛ Brenda Adams Participants: +18638014996 Teresa C⬛⬛⬛⬛er), +⬛⬛⬛⬛⬛ B Adams | Screw him! Will be interesting to see how long it takes him or if he even acknowledges it. If he goes to look in your chart to see where he fucked yo he will see that you changed docs! wish I could put this emoji on your front page for him... lmao |
| 83252 | Instant Messages | Outgoing | | | 5/2/2019 12:44:07 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa C⬛⬛⬛⬛er), +⬛⬛⬛⬛⬛ B Adams | He will see I changed? |
| 83253 | Instant Messages | Outgoing | | | 5/2/2019 12:44:50 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa C⬛⬛⬛⬛er), +⬛⬛⬛⬛⬛ B Adams | I feel like talking to an attorney. I've been suffering for a long time and it could have been controlled 2 years ago!! |
| 83254 | Instant Messages | Outgoing | | | 5/2/2019 12:45:20 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa C⬛⬛⬛⬛er), +⬛⬛⬛⬛⬛ B Adams | I've never sued but with Lawnwood and surgeon and **khan...** I'm thinking about it!! |

| 83255 | Instant Messages | Incoming | | | 5/2/2019 1:07:32 PM(UTC+0) | F▮▮▮ +▮▮▮▮▮▮ Brenda Adams Participants: +18638014996 Teresa C▮▮▮▮▮▮ (owner), +▮▮▮▮▮▮ B Adams | I wouldn't tell him shit if he calls. I wouldn't even answer him. He's either going to be pissed you changed docs and be a smart ass or try to smooth it over. |
|---|---|---|---|---|---|---|---|

## Paragraph 66

| 70373 | Instant Messages | Outgoing | | | 2/5/2019 4:54:34 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), ▮▮▮▮▮▮ Bill Wallace | When can we have lunch? I have a medical issue and need advice |
|---|---|---|---|---|---|---|---|
| 0387 | Instant Messages | Incoming | | | 2/5/2019 5:22:49 PM(UTC+0) | From: +▮▮▮▮▮▮ Bill Wallace Participants: +18638014996 Teresa Chandler (owner), ▮▮▮▮▮▮ Bill Wallace | I can do Friday if that works!! |
| 70392 | Instant Messages | Outgoing | | | 2/5/2019 5:32:05 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), ▮▮▮▮▮▮ Bill Wallace | A misdiagnosis kept me in hospital for four days with blood thinner IV  Should I bother? |
| 70393 | Instant Messages | Outgoing | | | 2/5/2019 5:32:49 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), ▮▮▮▮▮▮ Bill Wallace | They said I had two blood clots in my lung  Turned out there were none and it was either the metal on my bra or the EKG sticky tabs metal showing  Ugh!! |

| 70400 | Instant Outgoing Messages | | | 2/5/2019 5 39 21 PM(UTC+0) | From  +18638014996 Teresa Chandler (owner) Participants +18638014996 Teresa Chandler (owner),          Bill Wallace | thought   might die then oops  we messed up |
| 70401 | Instant Outgoing Messages | | | 2/5/2019 5 39 42 PM(UTC+0) | From  +18638014996 Teresa Chandler (owner) Participants +18638014996 Teresa Chandler (owner),          Bill Wallace | s this a pursue or no? |

| 70409 | Instant Messages | Incoming | | 2/5/2019 5:41:33 PM(UTC+0) | From: + Bill Wallace Participants: +18638014996 Teresa Chandler (owner),          Bill Wallace | Well problem is they screwed up. Damages aren't substantial!! I know they would be to me or you |

| 70411 | Instant Messages | Outgoing | | 2/5/2019 5:42:49 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), + Bill Wallace | Emotionally they are! I've been on a roller coastal anxious crying spree!! Nevermind the $60,000 bill. Yes I have insurance but already payed out $2,500! |

| 70417 | Instant Messages | Incoming | | 2/5/2019 5:44:52 PM(UTC+0) | From: + Bill Wallace Participants: +18638014996 Teresa Chandler (owner), + Bill Wallace | The out of pocket should go away!! Up to your insurance to pay or not  Emotionally I agree |
| 70418 | Instant Messages | Outgoing | | 2/5/2019 5:45:25 PM(UTC+0) | From: +18638014996 Teresa Chandler (owner) Participants: +18638014996 Teresa Chandler (owner), + Bill Wallace | Ok  Where should we meet Friday? Brown Cow? 11:30? |
| 70419 | Instant Messages | Incoming | | 2/5/2019 5:49:41 PM(UTC+0) | From: + Bill Wallace Participants: +18638014996 Teresa Chandler (owner), + Bill Wallace | Let me get back off it and check my hearings schedule |

## Page 106/37944

| 644 | Start Time 6/23/2018 8 00 00 PM(UTC+0) End time 6/23/2018 9 00 00 PM(UTC+0) | Subject  Bill Wallace Campaign Event Attendees Location  501 SE 2nd St  Okeechobee  FL  34974 United States Details | Category  Work Reminders Priority  Unknown Status  Unknown Class  Normal Availability  Busy Repeat Day  None Repeat Rule  None Repeat  nterval  0 Repeat Until Source  Calendar |

# Paragraph 66 Warrant signed by Judge

**IN THE CIRCUIT/COUNTY COURT 19 JUDICIAL CIRCUIT IN AND FOR OKEECHOBEE COUNTY FLORIDA**

| | | |
|---|---|---|
| **WARRANT**<br>19047202012826 | State of Florida<br>vs. SAEED AKHTAR KHAN | ORIGINAL |
| Court Case Number<br>472020MM000593 | Agency Case Number<br>20S09438 | In County OKEECHOBEE,<br>State of Florida |

To all and singular the Sheriffs of the State of Florida whereas JAVIER GONZALEZ has made an oath on 2020-06-09, that in the aforesaid county SAEED AKHTAR KHAN did unlawfully violate

| | | |
|---|---|---|
| **Race**<br>UNKNOWN | **Gender**<br>M | **DOB**<br>████████ |
| **Height**<br>5' 10 | **Weight**<br>180 | **Hair**<br>BLACK |
| **Eye**<br>BROWN | **SSN**<br>████████ | |
| **Address**<br>████████ | | **Drivers License**<br>████████ |

**Supplemental Names**

| Statute | Rec # | AON | Level | Count | Code Value | Bond |
|---|---|---|---|---|---|---|
| F.S. 784.03 (1a1) | 2560 | 1399 | MISDEMEANOR | 1 | BATTERY | $750.00 |

**Description:** TOUCH OR STRIKE

**Qualifiers:** COMMITTED

**Enhancers:**

| | | |
|---|---|---|
| | **TOTAL BOND** | **$750.00** |

| Bond Condition | Details |
|---|---|
| NO CONTACT | DEFENDANT MAY NOT KNOWINGLY COME CLOSER THAN 50 FEET TO THE VICTIM AT ANY PUBLIC PLACE, EXCEPT FOR COURT PROCEEDINGS, OR WITHIN 500 FEET OF THE VICTIM'S RESIDENCE OR PLACE OF EMPLOYMENT, OR 100 FEET OF ANY VEHICLE REGULARLY DRIVEN BY THE VICTIM. |

1 Battery (M 1)

COUNT 1: On or about February 25, 2020 Saeed Akhtar Khan did intentionally touch Teresa Faye Bishop against that person's will, in violation of Florida Statute 784.03(1);



This Warrant is a command to ARREST instanter the above named
**SAEED AKHTAR KHAN**
and bring said person before the court to be dealt with according to law.
Given under my hand and seal on 2020-06-19
Electronically Signed on 2020-06-19

Judge WILLIAM WALLACE



Filing # 114400668 E-Filed 10/05/2020 09:57:13 AM

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT IN AND
FOR OKEECHOBEE COUNTY, FLORIDA

STATE OF FLORIDA,

Plaintiff,

CASE NO. 472020MM000715
472020MM000593

vs

SAEED AKHTAR KHAN,

Defendant

---------------------------------------------------- _I_

**ORDER OF REASSIGNMENT**

**THIS MATTER** having come before the Court on the Order of Recusal entered by the Honorable William J Wallace, County Judge and the court being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that this case is reassigned to the Honorable Michael C Heisey, Circuit Judge, a judge of the above court, 312 NW 3rd Street, Okeechobee, Florida 34972, 863-763-1112

**DONE AND ORDERED** at St Lucie County, Florida this 5th day f October, 2020

EXHIBIT 4

## Paragraph 106– Bishop and Deloreto texts

| 7207 | Genie: Instant Messages | Incoming | | | 4/22/2020 8:38:47 PM | From: 696632126 Fred Participants: 696632126 Fred, 1201406508 Teresa (owner) | I have your back... and no I don't know him | |
|------|------|------|---|---|------|------|------|---|
| 7208 | Instant Messages | Incoming | | | 4/22/2020 8:39:02 PM(UTC+0) | Participants: 696632126 Fred Deloreto, 1201406508 Teresa Chandler (owner) | Since he had your front | |
| 7209 | Genie: Instant Messages | Incoming | | | 4/22/2020 8:39:02 PM | From: 696632126 Fred Participants: 696632126 Fred, 1201406508 Teresa (owner) | Since he had your front | |

| 7211 | Genie: Instant Messages | Outgoing | | | 4/22/2020 8:39:30 PM | From: 1201406508 Teresa (owner) Participants: 696632126 Fred, 1201406508 Teresa (owner) | Ha ha ha | |
|------|------|------|---|---|------|------|------|---|
| 7212 | Instant Messages | Incoming | | | 4/22/2020 8:40:03 PM(UTC+0) | Participants: 696632126 Fred Deloreto, 1201406508 Teresa Chandler (owner) | I'll call... FaceTime your ass tomorrow | |

| 7215 | Genie: Instant Messages | Incoming | | | 4/22/2020 8:40:22 PM | From: 696632126 Fred Participants: 696632126 Fred, 1201406508 Teresa (owner) | Since that's your back and he has your front | |
|------|------|------|---|---|------|------|------|---|



## Paragraph 107-April 23rd, 2020, Deloreto tells Bishop to contact Sheriff Noel Stephen

| 153032 | Instant Messages | Incoming | | 4/23/2020 1:32:12 PM(UTC+0) | Participants: 696632126Fred Deloreto, 1201406508 Teresa Chandler (owner) | Call him... talk to him and ask him |
|---|---|---|---|---|---|---|
| 153034 | Instant Messages | Incoming | | 4/23/2020 1:32:24 PM(UTC+0) | Participants: 696632126Fred Deloreto, 1201406508 Teresa Chandler (owner) | The sheriff? |
| 153036 | Instant Messages | Incoming | | 4/23/2020 1:32:41 PM(UTC+0) | Participants: 696632126Fred Deloreto, 1201406508 Teresa Chandler (owner) | Sure.  ur buds with him aren't you |
| 153039 | Genie: Instant Messages | Outgoing | | 4/23/2020 1:32:53 PM | From: 1201406508 Teresa (owner) Participants: 696632126 Fred, 1201406508 Teresa (owner) | Yes |

| 153040 | Instant Messages | Incoming | | | 4/23/2020 1:33:47 PM(UTC+0) | Participants: 696632126Fred Deloreto, 1201406508 Teresa Chandler (owner) | He'll understand I'm sure... if not he will |

## Paragraph107- [Page 30322/37944]

| 159114 | Genie: Instant Messages | Incoming | | | 5/5/2020 1:50:38 PM | From: 696632126 Fred Participants: 696632126 Fred, 1201406508 Teresa (owner) | you'll be fine...and you'll do fine. just tell them as best you can everything you remember and how it's stuck with you ever since. also you need to tell them the reason **you've hesitated to report it (his influence in the community) but the sleepless nights and shitty dreams along with wanting to prevent this from happening to others prompted reporting it now** |

> 696632126 Fred
>
> you'll be fine...and you'll do fine.....just tell them as best you can everything you remember and how it's stuck with you ever since....also you need to tell them the reason you've hesitated to report it (his influence in the community) ....but the sleepless nights and shitty dreams along with wanting to prevent this from happening to others prompted reporting it now
>
> 5/5/2020 1:50:38 PM

## Paragraph 109

| 159195 | Genie: Instant Messages | Incoming | | | 5/5/2020 2:15:16 PM | From: 696632126 Fred Participants: 696632126 Fred, 1201406508 Teresa (owner) | but listen...you might wanna ask Fronrath. personally, I'd avoid mentioning to the detective that you're speakin to an attorney about this. **dont wanna give him the thought you're in this for monetary gain....** |
| 159197 | Genie: Instant Messages | Incoming | | | 5/5/2020 2:15:27 PM | From: 696632126 Fred Participants: 696632126 Fred, 1201406508 Teresa (owner) | give me about 15 minutes and i'll call you |

## Paragraph 111

| 159116 | Genie nstant Messages | ncoming | | | 5/5/2020 1 52 03 PM | From  696632126 Fred Participants  696632126 Fred  1201406508  Teresa (owner) | as for the tv th ng.    f they dec de to do a mov e... ns st on Courtney Cox to p ay you..... |
|---|---|---|---|---|---|---|---|
| 159118 | Genie nstant Messages | Outgoing | | | 5/5/2020 1 54 14 PM | From  1201406508 Teresa (owner) Participants 696632126 Fred  1201406508 Teresa (owner) | I like Demi Moore better! |
| 159119 | nstant  ncoming Messages | | | | 5/5/2020 1 54 44 PM(UTC+0) | Participants  696632126 Fred Deloreto 1201406508 Teresa Chandler (owner) | you have a point there   but personally  'd take you over any of the above |
| 159122 | Genie nstant Messages | ncoming | | | 5/5/2020 1 54 59 PM | From  696632126 Fred Participants  696632126 Fred  1201406508  Teresa (owner) | of course when ur all healed up. hahahah |





**Unknown**

of course when ur a  hea ed up.  hahahah

Status: Sent

5/5/2020 1 54 59 PM(UTC+0)

## Paragraph 109-

| 159156 | Instant Messages | Incoming | | | 5/5/2020 2 02:09 PM(UTC+0) | Participants: 696632126 Fred Deloreto, 1201406508 Teresa Chandler (owner) | listen.  you just have to insist the primary reason you're doing this is for your own sanity and peace of mind as well as prevention of other victims.  otherwise they'll try and portray you as someone tryin to extort the sand negro.  hehe |
| --- | --- | --- | --- | --- | --- | --- | --- |



**Unknown**

listen.  you just have to insist the primary reason you're doing this is for your own sanity and peace of mind as well as prevention of other victims.  otherwise they'll try and portray you as someone tryin to extort the sand negro.  hehe

Status: Sent

5/5/2020 2:02:09 PM(UTC+0)

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | | | | | | ( | |