UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-80702-CIV-MATTHEWMAN

**SAEED AKHTAR KHAN, M.D.,**

        **Plaintiff,**

vs.

**NOEL E. STEPHEN, et. al.**

        **Defendants.**
_____/

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
AGAINST DEFENDANT TERESA CHANDLER**

Plaintiff, SAEED KHAN M.D., through the undersigned counsel, files this his Motion for Default Judgment against Defendant Chandler, and states the following:

1. This Court entered an Order Granting Counsel's Amended Motion to Withdraw from Representation as Counsel for Defendant Teresa Chandler. [DE74].

2. In that Order dated October 24, 2023, this Court gave Defendant Chandler to file a response to the Amended Complaint on or before November 7, 2023.

3. Defendant Chandler did not request an extension, and has not filed a responsive pleading as of this date.

4. Defendant Chandler is sued in Counts 12, 15, 21, 24, and 28 of the Amended Complaint. [DE60].

**WHEREFORE**, based on this Court's Order [DE74], and because Defendant Chandler has not timely filed a responsive pleading, this Court should grant the Motion for Default Judgment and hold a hearing on damages as to Defendant Chandler for each of the counts alleged against her.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion for Default was e-filed via CM/ECF with notice to all parties of record, on this 3rd day of November, 2023, and by US Mail to Theresa Chandler, 20005 US Highway 27 N, Lot 216, Clermont, FL 34715, on this same date.

Respectfully submitted,

*Valentin Rodriguez*
Valentin Rodriguez, Esq.
VALENTIN RODRIGUEZ P.A.
2465 Mercer Avenue, Suite 301
West Palm Beach, Florida 33401
Fla. Bar No. 047661
(561) 832-7510
defend@bellsouth.net

-and-

*Edward D. Reagan*

Edward D. Reagan Esq
Edward D. Reagan, P.A.
658 W. Indiantown Road.-Suite 209
Jupiter, FL 33458
Florida Bar No. 028215
(561) 832-7443
*edward.d.reagan@gmail.com*

**Counsel for Plaintiff Dr. Khan**